UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT M. SIMPKINS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:11-CV-595<br>)   Phillips/Guyton |
| SUNTRUST MORTGAGE, INC., and<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, INC.,<br>    Defendants. | )<br>)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the complaint by defendants Suntrust Mortgage, Inc. and Federal National Mortgage Association, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Robert M. Simpkins take nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Robert M. Simpkins their costs of action.

Dated at Knoxville, Tennessee, this 30th day of July, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
United States District Judge